UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROOOSEVELT T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>Defendant. | NO. C11-cv-5300 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Richard Creatura, ADOPTS the Report and Recommendation. The Court ORDERS this matter be REVERSED and REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). Judgment should be entered for Plaintiff and the case should be closed.

Dated this 4th day of June, 2012.

RONALD B. LEIGHTON
U.S. District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION 1